# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

No. 1D20-3115

GUARDIANSHIP OF MARGARET
SANDERS and the Guardian,
CLEDITH SANDERS,

Appellant,

v.

JUDITH L. COWART, Esquire,

Appellee.

On appeal from the Circuit Court for Duval County.
Jack Schemer, Judge.

September 8, 2021

PER CURIAM.

AFFIRMED.

RAY, MAKAR, and M.K. THOMAS, JJ., concur.

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

Kevin S. Sanders, Kevin S. Sanders, LLC, Jacksonville, for Appellant.

Judi Cowart, Atlantic Beach, Appellee.